# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>　　　　　　　Defendants. | Case No.: 13-cv-02992-CAB (KSC)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE** |

On November 22, 2016, the Court held a Settlement Conference in the above-captioned matter. (ECF No. 91.) The case settled as it relates to injunctive relief. The parties further represented and agreed to the following:

1. The parties represented they need approximately sixty (60) days to bring the settlement before the San Diego City Council.

2. After the settlement is brought before the San Diego City Council, the parties will bring a joint motion requesting a consent order on the injunctive relief before Judge Bencivengo.

3. In the meantime, the parties will meet and confer and negotiate as it relates to the potentially reasonable and necessary attorney's fees and statutory damages. If the parties cannot agree, the parties will consent to Magistrate Judge Crawford for the purpose of deciding the potentially reasonable and necessary attorney's fees and statutory damages.

The parties will consent to Judge Crawford at the time they bring their joint motion requesting a consent order on the injunctive relief before Judge Bencivengo.

5. The parties have ninety (90) days from the entry of the consent decree to complete the injunctive relief agreed to at the Settlement Conference.

IT IS SO ORDERED.

Dated: November 23, 2016

*Louisa Porter*
LOUISA S PORTER
United States Magistrate Judge