CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Schutza;**<br>**John Karczewski**,<br><br>    Plaintiffs,<br><br>v.<br><br>**City of San Diego;**<br>**Air California Adventure, Inc.**, a California Corporation Doing Business as Torrey Pines Gliderport;,<br><br>    Defendants. | **Case**: 3:13-CV-02992-CAB-KSC<br><br>**Declaration of Mark Potter in Support of Plaintiffs' Motion for:**<br><br>  **1. An award of attorneys' fees and litigation expenses;**<br><br>  **2. Issuance of Judgment**<br><br>Date:    April 7, 2017<br>Time:    N/A<br>Ctrm:    4C<br><br>Hon. Judge Cathy Ann Bencivengo<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

1. I, the undersigned, am one of the attorneys for plaintiffs, Scott Schutza and John Karczewski, and in that capacity of have familiarity with this case. I can competently testify to the following based on my own knowledge and experience.

2. I am the managing partner of the Center for Disability Access. I manage the firm's personnel and I maintain and review the firm's billing. The billing that is submitted as exhibit 2 is a true and accurate reproduction of the billing kept in this case and truly and accurately reflects the time spent by the attorneys who worked on this case. The invoices attached to the fee statement are true and accurate copies of the invoices incurred and paid by my office in the prosecution of this case.

3. I paid investigator Corey Taylor a total of $1,200 for his investigations and visits to the site throughout the case to gather photos, confirm defense representations about facts, and so forth.

4. The Consent Decree submitted as exhibit 4 is a true and accurate copy of the settlement reached and terms of the Consent Decree proposed by the parties.

5. The Fee Awards/Rulings that are attached as exhibits 5-8 are true and accurate copies of the rulings handed down in those respective cases and served upon (and maintained by) me as the attorney of record in each of those cases.

6. Until January of 2017, the largest defense offer for settlement was a total of $10,000. On January 4, 2017, the defense raised that offer to a total of $13,500. A true and accurate copy of that email offer is submitted as exhibit 3.

7. In fairness, the defense finally made a not-ridiculous offer for settlement on February 28, 2017. On that day, the defense offered a total of $42,500 for settlement. Given that the already-determined damages are $24,000 and the hard costs in this case are $6,478, this amounted to an offer of $12,022 in total attorney's fees in this case that has been substantially litigated for more than three years. While it

was unacceptable to the plaintiffs, we treated it as a good faith step. Really wanting to end this litigation without the need for further work, we promptly countered with a final global demand for $85,000. The defense never countered further.

8. I founded the Center for Disability Access, have devoted more than 95% of my practice to disability issues for more than 20 years. I was a former officer of the California's for Disability Rights, Chapter Number One—the oldest and most prestigious disability civil rights advocacy organization in California, as well as a board member of the prestigious Southern California Rehabilitation Services. I have given ADA seminars throughout the state of California and published in numerous disabled rights periodicals. I have litigated over 2,000 disability cases. My expertise and experience with ADA cases is almost unparalleled in California. I have been interviewed on CNN as an ADA legal expert.

9. Attorney Russell is similarly qualified to bill at $425 per hour. He graduated Magna Cum Laude from California Western, has taught as an adjunct professor, has clerked for the Ninth Circuit Court of Appeals, and has devoted his private practice to disability litigation for the last 19 years. He has prosecuted over a thousand ADA cases, has prosecuted over 40 ADA trials and appeared at either state or federal appellate court forums on ADA cases over 30 times. He has argued disability cases before the California Supreme Court and was awarded the California Magazine's Attorney of the Year (CLAY) award for 2010 for his disability work that resulted in a significant ruling for disability litigants under the Unruh Civil Rights Act. (*See Munson v. Del Taco, Inc.* (2009) 46 Cal.4th 66). He has appeared on ABC's show 20/20 as an

expert in ADA litigation. In 2011, the San Diego Daily Transcript named him one of San Diego's "Top Attorneys 2011."

10. Phyl Grace has been practicing more than 20 years. She has focused exclusively on disability access litigation for the last nine years. She has handled trials, taken depositions, drafted motions, and otherwise litigated these civil rights cases.

11. Attorney Chis Carson[1] is qualified to bill at $250 per hour. Ms. Carson has been prosecuting disability access cases for over five years in both state and federal court. She has conducted discovery, drafted and opposed Motions for Summary Judgment, and prepared for trial in hundreds of cases brought under both Title II and Title III of the ADA. Ms. Carson graduated cum laude in the top 10% of her class from California Western School of Law in 2011. While in law school Ms. Carson served as a writer and editor for California Western's two law reviews. Her article, "Lords of the Manor: Fighting California Slumlords with Private Multi-Plaintiff Implied Warranty of Habitability Litigation," was accepted for publication by The Scholar, St. Mary's Law Review on Minority Issues.

12. Attorney Amanda Lockhart is qualified to bill at $250 per hour. Ms. Lockhart graduated from California Western School of Law in 2011. While in law school, Ms. Lockhart served as an elected member of the Student Bar Association and as a staff writer for the school's newspaper, The Commentary. Ms. Lockhart excelled at oral advocacy, earning the title of 'Distinguished Advocate' for her appellate oral advocacy skills. She also earned an 'Am Jur' award in the invitation-

---

[1] Attorney Carson was fairly recently married and her last named changed form Sosa to Carson.

only Advanced Appellate Skills class. Ms. Lockhart has clerked for a celebrated private firm, handling matters including a multi-state elder abuse case as well as a case involving novel theories of fraud and negligence as they relate to international surrogacy agreements. Ms. Lockhart also served as a student liaison for the Dean of Admissions.

13. Attorney Isabel Masanque is qualified to bill at 250 per hour. She graduated cum laude in 2012 from California Western School of Law. During law school, Ms. Masanque received an AmJur award in Public Interest law and was a member of California Western's Pro Bono Honors Society. She was also a writer and editor for California Western's two law review journals. Ms. Masanque's article, "*Progressive Realization Without the ICESCR: The Viability of South Africa's Socioeconomic Rights Framework, and its Success in the Right to Access Health Care*" was accepted for publication in California Western's International Law Journal. She was also published in the Bulletin of Health Law and Policy in 2012 for her article on the Generic Drug User Fee Act. Ms. Masanque also displayed her oral advocacy skills during law school, becoming a semi-finalist at California Western's Legal Skills Appellate Competition, and successfully defending a defendant in a criminal jury trial during her internship at the San Diego County Public Defender's Office, under the supervision of a Deputy Public Defender through the Practical Training of Law Students Program. Ms. Masanque began her career at the Center for Disability Access in 2012 as a legal intern where she participated in and was trained extensively on handling discovery

issues. She was then admitted to the Bar in 2013, and continues to oversee discovery matters as an attorney at the firm.

14. Our disability rights work has helped to shape ADA law with numerous, precedent setting opinions including, but not limited to the following cases: *Lozano v., C.A. Martinez Family Ltd. Partnership*, 129 F.Supp.3d 967 (S.D. Cal. 2015); *Fortyune v. City of Lomita*, 766 F.3d 1098 (9th Cir. 2014); *Cortez v. City of Porterville*, 5 F.Supp.3rd 1160 (E.D. Cal. 2014); *Johnson v. Wayside Prop., Inc.*, 41 F.Supp.3d 973 (E.D. Cal. 2014); *Daubert v. Lindsay Unified School District*, 760 F.3d 982 (9th Cir. 2014); *Munson v. Del Taco, Inc.*, 46 Cal.4th 66 (2009); *Nicholls v. Holiday Panay Marina, L.P.*, 93 Cal.Rptr.3d 309 (Cal. App. 4th 2009); *Ortiz v. Accredited Home Lenders, Inc.*, 639 F. Supp. 2d 1159 (S.D. Cal. 2009); *Kittok v. Leslie's Poolmart, Inc.*, 687 F. Supp. 2d 953 (C.D. Cal. 2009); *Deanda v. Sav. Inv., Inc.*, 267 F. App'x 675, 676 (9th Cir. 2008); *Miller v. California Speedway Corp.* (9th Cir. 2008) 536 F.3d 1010; *Munson v. Del Taco, Inc.*, 522 F.3d 997 (9th Cir. 2008); *Grove v. De La Cruz*, 407 F. Supp. 2d 1126 (C.D. Cal. 2005); *Fortyune v. American Multi-Cinema, Inc.*, 364 F.3d 1075 (9th Cir. 2004); *Pickern v. Holiday Quality Foods, Inc.*, 293 F.3d 1133 (9th Cir. 2002); *Wyatt v. Ralphs Grocery Co.*, 65 Fed.Appx. 589 (9th Cir. 2003); *Botosan v. Paul McNally Realty*, 216 F.3d 827 (9th Cir. 2000); *Wyatt v. Liljenquist*, 96 F. Supp. 2d 1062 (C.D. Cal. 2000).

15. Because the nature of my practice is wholly dependent on billing at a market rate, I have extensive experience with respect to what attorneys specializing in disability law and civil rights bill for civil litigation and what courts are routinely awarding and can attest that

the rates billed by the Center for Disability Access for its attorneys are well within market rates.

16. I declare, under penalty of perjury of the laws of the United States, that the foregoing is true and accurate.

Dated: March 2, 2017             CENTER FOR DISABILITY ACCESS

                                          By: /s/ Mark Potter            .
                                                  Mark Potter, Esq.
                                                  Attorneys for Plaintiffs