

# Center for Disability Access
## Billing Summary

| Attorney | Billing Period | Hours Billed | Amount |
|---|---|---|---|
| Mark Potter | 3/18/13 - 3/2/17 | 120.3 | $ 51,127.50 |
| Russell Handy | 5/5/15 - 2/28/17 | 2.7 | $ 797.50 |
| Phyl Grace | 2/11/15 - 8/10/16 | 8.4 | $ 2,940.00 |
| Chris Carson | 11/11/15 - 2/28/17 | 76.4 | $ 19,415.00 |
| Isabel Masanque | 8/5/14 - 1/19/16 | 32.8 | $ 8,200.00 |
| Amanda Lockhart | 9/23/14 - 10/10/14 | 4.4 | $ 1,100.00 |
| Tamara Zaki | 3/11/14 - 4/4/14 | 1.9 | $ 475.00 |
| | **Subtotals:** | **246.9** | **$ 84,055.00** |

| Litigation Expenses | |
|---|---|
| Investigator | $1,200.00 |
| Filing Fees | $400.00 |
| Service Cost | $20.00 |
| Expert Fees | $1,833.00 |
| Deposition Fees | $2,083.00 |
| Transcript Fees | $942.00 |
| **Totals:** | **$6,478.00** |

**Total Bill:** $90,533.00



# Center for Disability Access
## Billing Statement

## Schutza/ Karczewski v. City of SD

| | | | |
|---|---|---|---|
| **Attorney:** | | Mark Potter | |
| | | Start Date | End Date |
| **Working Dates:** | | 3/18/2013 | 2/28/2017 |
| **Billing Rate/Hr:** | $ 425.00 | | |

| Date | Project or Task | Hours Worked | Billing Amount |
|---|---|---|---|
| 3/18/2013 | Discussion with Mr. Schutza and Mr. Karcewski regarding their complaints about the Glider Port | 1.4 | 595 |
| 3/18/2013 | Prepared conflict waiver letters for both clients | 0.2 | 85 |
| 4/7/2013 | Went to the Glider Port to assess the clients' complaints; walked the site; conducted an inspection; took 400+ photographs | 3.1 | 1317.5 |
| 4/7/2013 | Phone conversation with Mr. Schutza re: case | 0.7 | 297.5 |
| 5/10/2013 | Conducted public records research to determine the identities of any Title III property owner/business operator as well as to determine if the permit history has triggered any Title 24 obligations under new construction or modification standard | 2.2 | 935 |
| 5/10/2013 | Drafted the Tort Claim Cover letter and Tort Claim demand for both clients | 0.7 | 297.5 |
| 5/10/2013 | Conducted public records research to determine the identities of the property owner and business operator as well as to determine if the permit history has triggered stricter Title 24 obligations for parcel number 438-020-59-34 | 2.2 | 935 |
| 6/20/2013 | Reviewed the City of San Diego's denial/rejection letter | 0.1 | 42.5 |
| 7/1/2013 | Researched the City's claim about Air California Adventure, Inc.; notes to file | 0.4 | 170 |
| 12/10/2013 | Drafted the complaint | 1.5 | 637.5 |
| 12/12/2013 | Reviewed and executed Certification of Interested Parties and Civil Case Cover Sheet, etc. | 0.1 | 42.5 |
| 1/30/2014 | Email exchanges with defense counsel re: stip; reviewed their proposed stip; approved for filing | 0.2 | 85 |
| 1/31/2014 | Reviewed the Court's Order granting Joint Motion | 0.1 | 42.5 |
| 2/14/2014 | Reviewed and analyzed the Defendant's Answer and 36 affirmative defenses; updated the Trial Folder; conducted some research on the current viability of bringing a motion to strike unsupported affirmative defenses | 3.6 | 1530 |



# Center for Disability Access
## Billing Statement

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/20/2014 | Reviewed the court's order setting ENE; emails regarding obligations | 0.2 | 85 |
| 3/4/2014 | Phone conversation with Mr. Schutza re: case, settlement | 0.3 | 127.5 |
| 3/5/2014 | Drafted the plaintiff's ENE statement | 0.6 | 255 |
| 3/9/2014 | Left message for defense counsel re: stip | 0.1 | 42.5 |
| 3/19/2014 | Travel to and conducted the in person site meeting with defense counsel; notes to file following | 3 | 1275 |
| 3/21/2014 | Email to defense counsel re: solutions and proposals | 0.3 | 127.5 |
| 3/22/2014 | Drafted the proposed Joint Statement for ENE; gave to RCH to circulate and handle signatures | 0.3 | 127.5 |
| 3/25/2014 | Reviewed email from defense counsel re: change to Joint Statement; gave instructions | 0.1 | 42.5 |
| 4/7/2014 | Reviewed the Court's Order setting dates and regulating discovery | 0.2 | 85 |
| 4/8/2014 | Drafted a set of Title II discovery (RFA, RFPD, and ROGS) for City and a set of Title III discovery (RFA, RFPD and ROGS) for Air | 4.3 | 1827.5 |
| 5/8/2014 | Reviewed the numerous documents produced by the defense for initial disclosures; sorted and analyzed the self evaluation survey documents and transition plan material; notes re: no plan on facilities list for this site; flagged the Torrey Pines City Park Advisory Board materials for further discovery and subpoenas; updated the Trial | 5.3 | 2252.5 |
| 5/23/2014 | Email exchange with defense counsel re: discovery responses | 0.1 | 42.5 |
| 5/27/2014 | Email exchange with defense counsel re: discovery | 0.1 | 42.5 |
| 6/9/2014 | Reviewed additional documents produced by the defense including the City council policy documents; updated Trial Folder | 1.2 | 510 |
| 6/16/2014 | Email exchanges with defense counsel re: discovery | 0.1 | 42.5 |
| 6/23/2014 | Reviewed email from defense counsel; note to file | 0.1 | 42.5 |
| 6/23/2014 | Reviewed the discovery responses from the defense to all the written discovery; updated the Trial Folder with admissions and responses; notes for discovery dispute and further discovery | 3.5 | 1487.5 |
| 8/26/2014 | Reviewed the depo notices for the clients; phone calls with each | 0.6 | 255 |
| 8/26/2014 | Reviewed the written discovery served by the defendants to both clients; sent to clients with cover letter regarding their obligations and | 1.3 | 552.5 |
| 8/28/2016 | instructed staff to send clients copies of complaint, notice of deposition | 0.2 | 85 |
| 9/15/2014 | Drafted proposed stipulation; email exchange with defense counsel re: | 0.2 | 85 |
| 9/16/2014 | Reviewed the amended notices of depo for clients; forwarded the same | 0.1 | 42.5 |
| 9/17/2014 | Reviewed Court's Order granting joint motion | 0.1 | 42.5 |



# Center for Disability Access

## Billing Statement

| Date | Description | Hours | Amount |
|---|---|---|---|
| 9/30/2014 | Discussion with client and review of his hang gliding and para gliding certifications and operative reports as well as receipts | 0.6 | 255 |
| 12/8/2014 | Travel to and accompanied expert Paul Bishop on his site inspection of the Glider Port | 3.2 | 1360 |
| 12/8/2014 | Reviewed the Order granting modification of scheduling order | 0.1 | 42.5 |
| 12/10/2014 | reviewed email from client re case | 0.1 | 42.5 |
| 12/22/2014 | Reviewed Mr. Bishop's expert report; updated the Trial Folder | 1.1 | 467.5 |
| 1/12/2015 | Reviewed Notice of Depo of Bishop; discussion on timing with Bishop | 0.3 | 127.5 |
| 1/27/2015 | Attended the deposition of Paul Bishop; discussion following; notes to file | 3 | 1275 |
| 2/2/2015 | Drafted the MSC statement | 0.4 | 170 |
| 2/9/2015 | instructed staff to send reminder to client re MSC | 0.1 | 42.5 |
| 2/24/2015 | Started drafting the plaintiff's MSJ | 6.1 | 2592.5 |
| 2/26/2015 | Worked on the plaintiff's MSJ | 4.9 | 2082.5 |
| 2/27/2015 | Completed drafting the plaintiff's MSJ; my declaration; exhibits; notice | 5.5 | 2337.5 |
| 3/1/2015 | Reviewed the defense motion to continue dispositive motion cut -off; notes to file | 0.5 | 212.5 |
| 3/4/2015 | Reviewed the Order granting motion on dates; setting briefing schedule on joint site inspection | 0.3 | 127.5 |
| 3/9/2015 | Drafted non-opposition to the motion to compel joint site inspection | 0.1 | 42.5 |
| 3/9/2015 | Left message for defense counsel  re: stip | 0.1 | 42.5 |
| 3/10/2015 | Email exchange with defense counsel re: timing of meeting and ENE | 0.2 | 85 |
| 3/19/2015 | Reviewed the Court's order re: motion on site inspection | 0.1 | 42.5 |
| 3/20/2015 | Travel to and attended the Ordered site inspection; discussion with counsel; notes to file | 3 | 1275 |
| 3/21/2015 | email exchange with expert bishop re his findings | 0.3 | 127.5 |
| 3/23/2015 | Email to defense counsel  re: site inspection results and issues | 0.2 | 85 |
| 3/23/2015 | instructed staff to contact clients re their available/unavailable dates for settlement conference | 0.2 | 85 |
| 3/24/2015 | Email exchange with defense counsel re: joint call to court | 0.2 | 85 |
| 3/25/2015 | Reviewed the Order setting the amended scheduling order | 0.1 | 42.5 |
| 3/30/2015 | Reviewed the Order continuing the hearing on the plaintiff's MSJ | 0.1 | 42.5 |
| 4/6/2015 | Drafted the plaintiff's MSC Brief | 1.5 | 637.5 |
| 4/6/2015 | Email to defense counsel re: authority at MSC | 0.1 | 42.5 |
| 4/9/2015 | Discussion with client | 0.5 | 212.5 |
| 4/10/2015 | Drafted the proposed Consent Decree on injunction issues | 1 | 425 |
| 4/13/2015 | Reviewed billing entries; removed entries for OSC issues | 0.4 | 170 |
| 4/13/2015 | Prepared for, travelled to, and attended the MSC; reviewed development plan submitted by def.. notes to file; email exchange with defense counsel re same | 4.5 | 1912.5 |

9845 Erma Road, Suite 300
San Diego, CA 92131

Phone: 858-375-7385
Fax: 888-422-5191



# Center for Disability Access

## Billing Statement

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/14/2015 | left voice message for defense counsel requesting call back; email to defense counsel re case; email exchange with defense counsel re same | 0.5 | 212.5 |
| 4/16/2015 | reviewed order re MSC; email to defense counsel re case | 0.2 | 85 |
| 4/17/2015 | email exchange with defense counsel re case | 0.3 | 127.5 |
| 4/27/2015 | reviewed email from defense counsel with motion to file documents under seal | 0.2 | 85 |
| 4/27/2015 | email exchange with defense counsel re remediation of barriers at subject property | 0.3 | 127.5 |
| 4/28/2015 | reviewed Motion for Summary Judgment brief filed by Defendants; updated case notes | 0.7 | 297.5 |
| 5/5/2015 | travelled to and conducted site inspection in light of MSJ claims; notes to file | 2 | 850 |
| 5/6/2015 | drafted joint status report and emailed to defense counsel for review and inputs; reviewed email from defense counsel confirming report; executed joint report and emailed same to judge | 0.3 | 127.5 |
| 5/7/2015 | drafted joint ex-parte application for continuance of dates and emailed same to defense counsel | 0.3 | 127.5 |
| 5/7/2015 | prepared for and appeared for joint status conference; notes to file | 1 | 425 |
| 5/11/2015 | reviewed email from defense counsel confirming application; revised application to add authorization of signature; instructed staff to file | 0.2 | 85 |
| 5/13/2015 | reviewed order granting stipulation to extend deadlines | 0.1 | 42.5 |
| 6/30/2015 | email to defense counsel following up re settlement | 0.1 | 42.5 |
| 7/2/2015 | reviewed email from defense counsel | 0.1 | 42.5 |
| 7/6/2015 | email to defense counsel following up re settlement | 0.1 | 42.5 |
| 7/31/2015 | reviewed email from defense counsel re case deadlines | 0.1 | 42.5 |
| 8/4/2015 | reviewed notices of Depo of plaintiffs; instructions to notify clients | 0.3 | 127.5 |
| 8/7/2015 | instructed assistant to notify defense counsel re unavailability of client on date of deposition and communicate with defense counsel re re-scheduling deposition | 0.2 | 85 |
| 8/13/2015 | reviewed new notices of deposition of client and instructed assistant to notify clients re new deposition date | 0.2 | 85 |
| 8/28/2015 | instructed staff to send reminder to clients re deposition | 0.2 | 85 |
| 9/4/2015 | email exchange with defense counsel re case | 0.8 | 340 |
| 10/19/2015 | reviewed order re status conference | 0.1 | 42.5 |
| 1/29/2016 | drafted PNA and my declaration in support of MSJ; prepared exhibits and instructed staff to file MSJ | 6 | 2550 |
| 1/31/2016 | reviewed defs' MSJ; updated case notes | 0.5 | 212.5 |
| 2/1/2016 | reviewed order granting defs' motion to file documents under seal | 0.1 | 42.5 |
| 2/4/2016 | reviewed notice of appearance filed by def. | 0.1 | 42.5 |
| 2/19/2016 | reviewed def.'s opposition brief to plaintiffs' MSJ; updated case notes | 1.5 | 637.5 |
| 2/25/2016 | drafted plaintiffs' Reply brief to defs' opposition to plaintiffs'' MSJ | 2 | 850 |



# Center for Disability Access

## Billing Statement

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/26/2016 | reviewed defs' reply to their MSJ | 0.3 | 127.5 |
| 2/28/2016 | drafted opposition to defs' MSJ and drafted request to file late opposition; instructed staff to file | 2.5 | 1062.5 |
| 3/1/2016 | reviewed order re hearing of MSJs | 0.1 | 42.5 |
| 3/7/2016 | reviewed defs' reply to their MSJ | 0.3 | 127.5 |
| 3/23/2016 | reviewed order denying motion to compel | 0.2 | 85 |
| 6/29/2016 | reviewed court's ruling re MSJs | 0.4 | 170 |
| 7/4/2016 | reviewed order re PTC and trial dates; instructed staff to notify clients | 0.2 | 85 |
| 7/5/2016 | reviewed email from defense counsel re stipulation to continue dates | 0.1 | 42.5 |
| 7/6/2016 | reviewed order re settlement conference | 0.1 | 42.5 |
| 7/14/2016 | reviewed order re scheduling settlement conference and instructed staff to notify clients | 0.1 | 42.5 |
| 7/19/2016 | reviewed revised scheduling order and instructed staff to notify clients and expert bishop re trial date | 0.2 | 85 |
| 8/3/2016 | drafted settlement brief and instructed staff to submit | 1.4 | 595 |
| 8/5/2016 | instructed staff to send reminder to clients re attendance at settlement conference | 0.2 | 85 |
| 8/12/2016 | reviewed order following settlement conference | 0.1 | 42.5 |
| 8/16/2016 | instructions to investigator Taylor to investigate subject property | 0.3 | 127.5 |
| 8/23/2016 | reviewed investigator Taylor's investigation photos and notes; instructions to further investigate subject property | 0.4 | 170 |
| 8/28/2016 | reviewed investigator Taylor's investigation photos and notes; instructions to further investigate subject property | 0.4 | 170 |
| 9/26/2016 | reviewed investigator Taylor's investigation photos and notes; email exchange with investigator Taylor re same | 1 | 425 |
| 10/11/2016 | reviewed order denying defs' motion for stay | 0.1 | 42.5 |
| 10/18/2016 | reviewed investigator Taylor's photos and notes; updated case file | 0.3 | 127.5 |
| 10/18/2016 | instructed staff to send reminder to expert bishop and investigator re attendance at trial | 0.1 | 42.5 |
| 1/25/2017 | prepared for and conducted in-person meeting with defense counsel to finalize terms of consent decree | 3.5 | 1487.5 |
| 2/28/2017 | Reviewed billing; removed items that could be taken as duplicative or unreasonable; redacted as appropriate | 1.7 | 722.5 |
| 3/2/2017 | Drafted the fee motion with supporting points and authorities | 2.2 | 935 |
| EST | Estimated time to review opposition brief, draft the reply brief | 8 | 3400 |
| **Totals** | | **120.3** | **51127.5** |



# Center for Disability Access
## Billing Statement

## Schutza/ Karczewski v. City of SD

| | | |
|---|---|---|
| **Attorney:** | Russell Handy | |

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 5/5/2015 | 2/28/2017 |
| **Billing Rate/Hr:** | $ 425.00 | |

| Date | Project or Task | Hours Worked | Billing Amount |
|---|---|---|---|
| 5/5/2015 | travel to and visit to property for site assessment in light of MSJ claims | 2 | 500 |
| 10/21/2016 | reviewed defense counsel's revisions to the joint PTCO and emailed defense counsel re same | 0.3 | 127.5 |
| 2/28/2017 | reviewed and approved consent decree revised by defense counsel | 0.4 | 170 |
| **Totals** | | **2.7** | **797.5** |



# Center for Disability Access
## Billing Statement

## Schutza/ Karczewski v. City of SD

| | |
|---|---|
| **Attorney:** | Phyl Grace |

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 2/11/2015 | 8/10/2016 |
| **Billing Rate/Hr:** | $ 350.00 | |

| Date | Project or Task | Hours Worked | Billing Amount |
|---|---|---|---|
| 2/11/2015 | Preparation for, travel to and attended the MSC; notes to file | 3 | 1050 |
| 10/15/2015 | reviewed order advancing start time of status conference | 0.1 | 35 |
| 10/16/2015 | prepared and appeared for telephonic status conference; updated case notes | 1.3 | 455 |
| 8/10/2016 | preparation for, travel to and appearance at settlement conference; notes to file | 4 | 1400 |
| **Totals** | | **8.4** | **2940** |



# Center for Disability Access

## Billing Statement

## Schutza/ Karczewski v. City of SD

| | |
|---|---|
| **Attorney:** | Chris Carson |

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 11/11/2015 | 2/28/2017 |
| **Billing Rate/Hr:** | $ 250.00 | |

| Date | Project or Task | Hours Worked | Billing Amount |
|---|---|---|---|
| 11/11/2015 | email exchange with defense counsel re topics of deposition of Def. City of San Diego | 0.3 | 75 |
| 11/11/2015 | email exchange with defense counsel re production of documents at deposition of Def.. | 0.3 | 75 |
| 11/11/2015 | preparation for deposition of pmk of def.. City of San Diego | 2 | 500 |
| 11/12/2015 | travelled to and conducted deposition of pmk of Def.. City of San Diego; notes to file | 4 | 1000 |
| 11/16/2015 | email to defense counsel re deposition and responses | 0.4 | 100 |
| 11/18/2015 | email to defense counsel following up re responses and motion to compel | 0.2 | 50 |
| 11/19/2015 | reviewed email from defense counsel re stipulation to extend deadline for motion to compel | 0.1 | 25 |
| 11/20/2015 | email to defense counsel re extending deadline re motion to compel; drafted stipulation to extend deadline to file motion to compel and emailed same to defense counsel | 0.4 | 100 |
| 11/24/2015 | email exchange with defense counsel re stipulation to extend deadline | 0.2 | 50 |
| 12/1/2015 | email to defense counsel following up re stipulation to extend motion to compel deadline | 0.1 | 25 |
| 12/2/2015 | email exchange with defense counsel re stipulation to extend deadline; instructed staff to file stipulation | 0.3 | 75 |
| 12/9/2015 | reviewed order re stipulation to extend deadline and pre-trial conference order; instructed staff to notify clients | 0.2 | 50 |
| 12/14/2015 | email exchange with defense counsel re deposition of pmk of Def.. Air California, resolving discovery disputes, court's order re case deadlines, etc.. | 0.5 | 125 |
| 12/15/2015 | drafted notice of deposition of pmk of Def.. Air California; instructed staff to serve | 0.3 | 75 |
| 12/19/2015 | email to defense counsel re meet and confer re deposition of pmk of def.. Air California, emailed joint stipulation re motion to compel; drafted my declaration in support of joint stipulation re motion to compel; emailed same to defense counsel along with exhibits | 0.8 | 200 |
| 12/21/2015 | reviewed email from defense counsel re meet and confer re deposition | 0.1 | 25 |
| 12/21/2015 | reviewed def.'s objections to notice of deposition | 0.3 | 75 |
| 12/28/2015 | revised and updated my declaration in support of joint stipulation re motion to compel | 0.2 | 50 |

9845 Erma Road, Suite 300
San Diego, CA 92131

Phone: 858-375-7385
Fax: 888-422-5191



# Center for Disability Access

## Billing Statement

| | | | |
|---|---|---|---|
| 1/4/2016 | instructed staff to contact defense counsel to confirm attendance at deposition | 0.1 | 25 |
| 1/4/2016 | email exchange with defense counsel re deposition | 0.3 | 75 |
| 1/5/2016 | reviewed email from defense counsel re deposition | 0.1 | 25 |
| 1/5/2016 | preparation for deposition of pmk of def. Air California | 2 | 500 |
| 1/6/2016 | email to defense counsel re meet and confer re deposition, | 0.2 | 50 |
| 1/6/2016 | prepared for and conducted meet and confer conference with defense counsel; notes to file | 1.5 | 375 |
| 1/6/2016 | travelled to and conducted deposition of pmk of def.. Air California; updated case notes | 4 | 1000 |
| 1/19/2016 | phone conference with expert Bishop re case and documents sent to him; email exchange re same | 0.5 | 125 |
| 1/19/2016 | reviewed email from defense counsel re changes to Def.'s deposition transcript | 0.2 | 50 |
| 1/21/2016 | email exchange with expert Bishop re case, phone conference re same | 0.8 | 200 |
| 1/26/2016 | instructed staff to contact court reporter re transcripts of plaintiffs' deposition | 0.2 | 50 |
| 1/27/2016 | drafted declaration of expert Bishop in support of Plaintiffs'' MSJ; emailed same to him for review and inputs; email exchange re same | 1 | 250 |
| 1/27/2016 | drafted declaration of plaintiff Schutza in support of MSJ and emailed same to him for review and signature | 0.5 | 125 |
| 1/27/2016 | left voice message for plaintiff Karczewski re information for his declaration; drafted declaration of plaintiff Karczewski in support of MSJ and instructed staff to email same for his review and signature | 0.6 | 150 |
| 1/27/2016 | reviewed and finalized revised declaration of expert bishop; emailed same to expert bishop for final review and signature | 0.3 | 75 |
| 1/28/2016 | made further revision to declaration of expert bishop and emailed same for his review and signature | 0.3 | 75 |
| 1/29/2016 | instructed staff to procure hearing date for MSJ | 0.1 | 25 |
| 2/19/2016 | drafted stipulation to extend trial deadlines; email to defense counsel with stipulation to extend trial deadlines in view of MSJ for review and signature | 0.3 | 75 |
| 2/22/2016 | email to defense counsel following up re stipulation to extend case deadlines; reviewed revised stipulation sent by defense counsel, made further revisions to it and emailed same to defense counsel for final review; reviewed email confirming stipulation, executed stipulation and instructed staff to file | 0.3 | 75 |
| 7/7/2016 | email exchange with defense counsel re stipulation to extend trial and settlement conference; instructed staff to contact clients and expert re availability on proposed trial date and proposed settlement conference | 0.3 | 75 |
| 7/7/2016 | email exchange with attorney Boyd re trial | 0.3 | 75 |
| 7/8/2016 | email to defense counsel re availability of plaintiffs on proposed settlement conference date and of plaintiffs and their witnesses on proposed trial date | 0.2 | 50 |


| Date | Description | Hours | Amount |
|---|---|---|---|
| 7/14/2016 | email to defense counsel following up re stipulation to continue dates and re plaintiff's availability on proposed trial date and proposed settlement conference date | 0.2 | 50 |
| 7/14/2016 | instructed staff to set up call with judge re scheduling settlement conference | 0.2 | 50 |
| 7/15/2016 | email exchange with defense counsel re stipulation to continue trial and availability of parties on proposed trial date | 0.3 | 75 |
| 7/18/2016 | reviewed emails from defense counsel with stipulation to continue trial | 0.2 | 50 |
| 7/19/2016 | reviewed stipulation to continue trial date and email to defense counsel with permission to file | 0.2 | 50 |
| 9/14/2016 | email to defense counsel re defs' request for stay of case; phone conference with him re same | 0.8 | 200 |
| 9/15/2016 | email exchange with defense counsel re case, stay, etc.. | 0.6 | 150 |
| 9/21/2016 | email to defense counsel re consent decree | 0.1 | 25 |
| 9/26/2016 | reviewed email from defense counsel re consent decree | 0.1 | 25 |
| 9/27/2016 | email exchange with defense counsel re consent decree | 0.3 | 75 |
| 10/2/2016 | email to investigator Taylor re his photos | 0.2 | 50 |
| 10/2/2016 | drafted consent decree and emailed same to defense counsel | 1 | 250 |
| 10/3/2016 | email exchange with defense counsel re consent decree | 0.5 | 125 |
| 10/3/2016 | drafted plaintiffs' pre-trial disclosures and supplemental disclosures; instructed staff to file | 1 | 250 |
| 10/3/2016 | reviewed email from investigator Taylor re his photos | 0.1 | 25 |
| 10/3/2016 | reviewed def.'s pre-trial disclosures and updated case notes | 0.4 | 100 |
| 10/6/2016 | email exchange with defense counsel re settlement | 0.2 | 50 |
| 10/7/2016 | drafted plaintiff's memorandum of contentions of fact and law; instructed staff to submit | 1 | 250 |
| 10/13/2016 | reviewed defs' memorandum of contentions of fact and law; updated case notes | 0.7 | 175 |
| 10/16/2016 | drafted joint pre-trial conference order and emailed the same to defense counsel; email exchange with defense counsel re waiver of jury trial | 1.5 | 637.5 |
| 10/20/2016 | email exchange with attorney Boyd re trial | 0.3 | 127.5 |
| 10/20/2016 | email to defense counsel following up re joint pretrial conference order; reviewed revised joint PTCO and email to defense counsel re same | 0.3 | 75 |
| 10/23/2016 | email to defense counsel following up re joint PTCO; email exchange re same | 0.3 | 75 |
| 10/24/2016 | email to defense counsel following up re joint PTCO; email exchange re same; reviewed joint PTCO revised by defense counsel; email exchange with defense counsel re filing same | 0.3 | 75 |
| 10/26/2016 | email to attorney Boyd re case | 0.2 | 50 |
| 11/1/2016 | email exchange with defense counsel re defs' request for change in rules re MIL | 0.3 | 75 |
| 11/1/2016 | email exchange with attorney Boyd re case | 0.3 | 75 |
| 11/2/2016 | email exchange with defense counsel re phone call to discuss motions in limine | 0.3 | 75 |
| 11/2/2016 | reviewed email from attorney Boyd re case documents | 0.1 | 25 |



# Center for Disability Access

## Billing Statement

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/2/2016 | reviewed order advancing Pre-trial conference | 0.1 | 25 |
| 11/3/2016 | phone conference with defense counsel re MILs; notes to file; email to defense counsel re phone call; reviewed defense counsel's response to same | 1 | 250 |
| 11/3/2016 | email exchange with attorney Boyd re case | 0.3 | 75 |
| 11/4/2016 | emails to attorney Boyd re case | 0.2 | 50 |
| 11/4/2016 | instructed staff to file notice of appearance for attorney Boyd | 0.1 | 25 |
| 11/4/2016 | prepared for, travelled to, and appeared for pre-trial conference; notes to file | 2.5 | 625 |
| 11/4/2016 | reviewed order re pre-trial conference order and order setting trial dates; instructed staff to notify clients re trial dates | 0.2 | 50 |
| 11/4/2016 | instructed staff to contact defense counsel re scheduling settlement conference | 0.1 | 25 |
| 11/4/2016 | drafted motion in limine and instructed staff to file | 0.7 | 175 |
| 11/7/2016 | reviewed defs' motion in limine; updated case file | 0.3 | 75 |
| 11/7/2016 | reviewed order re settlement conference and instructed staff to notify clients | 0.2 | 50 |
| 11/7/2016 | instructed staff to send trial documents of case to attorney Boyd | 0.2 | 50 |
| 11/8/2016 | email exchange with attorney Boyd re appearance at settlement conference | 0.2 | 50 |
| 11/10/2016 | drafted opposition to defs' motion in limine; instructed staff to file; drafted notice of errata | 0.4 | 100 |
| 11/14/2016 | email to defense counsel re additional stipulated facts | 0.3 | 75 |
| 11/14/2016 | email to attorney Boyd re trial preparation of clients | 0.2 | 50 |
| 11/15/2016 | reviewed defs' opposition to plaintiffs MIL | 0.3 | 75 |
| 11/15/2016 | phone conference with defense counsel re case; notes to file | 0.5 | 125 |
| 11/16/2016 | drafted settlement brief and submitted same along with exhibits | 1.5 | 375 |
| 11/16/2016 | instructed staff to send reminder to client re settlement conference | 0.2 | 50 |
| 11/16/2016 | phone conference with client Schutza re case and trial preparation; email exchange with attorney Boyd trial preparation with clients | 1.3 | 325 |
| 11/17/2016 | email exchange with attorney Boyd re conference with clients for trial preparation; instructed staff to notify clients re same | 0.3 | 75 |
| 11/27/2016 | emails to attorney Boyd re trial preparation | 0.3 | 75 |
| 11/21/2016 | drafted trial brief and instructed staff to submit | 2.5 | 625 |
| 11/22/2016 | drafted proposed jury instructions, witness list | 4 | 1000 |
| 11/22/2016 | preparation for settlement conference | 1.5 | 375 |
| 11/22/2016 | travelled to and appeared for settlement conference with attorney Boyd; notes to file; instructed staff to update witnesses re case status | 3 | 750 |
| 11/23/2016 | reviewed order re settlement conference and order vacating trial | 0.2 | 50 |
| 11/28/2016 | phone conference with client re case | 0.5 | 125 |
| 12/7/2016 | drafted consent decree and exhibit thereto; email same to defense counsel; reviewed defense counsel's response to same | 1 | 250 |



# Center for Disability Access

## Billing Statement

| | | | |
|---|---|---|---|
| 12/9/2016 | email exchange with defense counsel re terms of settlement and consent decree | 0.3 | 75 |
| 12/21/2016 | email to defense counsel following up re consent decree; reviewed defense counsel's response to same | 0.2 | 50 |
| 12/30/2016 | email to defense counsel following up re status of consent decree | 0.2 | 50 |
| 1/3/2017 | reviewed email from defense counsel with revised consent decree; reviewed consent decree; notes to file | 0.5 | 125 |
| 1/4/2017 | phone call with attorney Boyd re case; email exchange with him re same | 0.5 | 125 |
| 1/4/2017 | email exchange with defense counsel re settlement | 0.3 | 75 |
| 1/4/2017 | prepared for and appeared at the telephonic status conference along with attorney James Boyd; notes to file; reviewed order re hearing | 1.5 | 375 |
| 1/4/2017 | email exchange with attorney Boyd re hearing | 0.2 | 50 |
| 1/10/2017 | reviewed and revised consent decree and emailed to defense counsel for review | 0.8 | 200 |
| 1/18/2017 | reviewed email from defense counsel re settlement and in-person meeting to discuss consent decree | 0.1 | 25 |
| 1/23/2017 | email exchange with defense counsel re scheduling in-person meeting | 0.3 | 75 |
| 1/24/2017 | email exchanges with defense counsel re scheduling and confirming in-person meeting | 0.4 | 100 |
| 1/25/2017 | prepared for and conducted in-person meeting with defense counsel to discuss terms of consent decree; notes to file | 3.5 | 875 |
| 1/26/2017 | prepared for and appeared at the telephonic status conference; notes to file; reviewed order re hearing | 1.3 | 325 |
| 2/8/2017 | reviewed order re Motion in Limine | 0.1 | 25 |
| 2/8/2017 | email exchange with defense counsel re consent decree; revised consent decree and emailed to defense counsel for review | 0.7 | 175 |
| 2/13/2017 | reviewed email from defense counsel with further revised consent decree | 0.2 | 50 |
| 2/14/2017 | reviewed consent decree and email to defense counsel with comments re her changes to the consent decree | 0.5 | 125 |
| 2/15/2017 | phone call with defense counsel re stipulation re judge for hearing motions in case | 0.3 | 75 |
| 2/16/2017 | instructed staff to contact defense counsel re court call for telephonic status conference | 0.1 | 25 |
| 2/16/2017 | prepared for and appeared at telephonic status conference; notes to file | 1.5 | 375 |
| 2/16/2017 | email exchange with defense counsel re settlement | 0.3 | 75 |
| 2/21/2017 | reviewed email from defense counsel with revised consent decree; email exchange with defense counsel re same | 0.5 | 125 |
| 2/21/2017 | email exchanges with defense counsel re settlement | 0.5 | 125 |
| 2/28/2017 | reviewed email from defense counsel with revised consent decree; reviewed consent decree and forwarded to colleague for final review; email to defense counsel confirming changes to consent decree | 0.5 | 125 |



# Center for Disability Access

## Billing Statement

| | | | |
|---|---|---|---|
| 2/28/2017 | reviewed email from defense counsel with further revised consent decree | 0.2 | 50 |
| **Totals** | | **76.4** | **19415** |



# Center for Disability Access
## Billing Statement

## Schutza/ Karczewski v. City of SD

| | |
|---|---|
| **Attorney:** | Isabel Masanque |

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 8/5/2014 | 1/19/2016 |
| **Billing Rate/Hr:** | $ 250.00 | |

| Date | Project or Task | Hours Worked | Billing Amount |
|---|---|---|---|
| 8/5/2014 | Email exchange with defense counsel re: discovery | 0.2 | 50 |
| 9/8/2014 | Email exchange with defense counsel re: verifications | 0.2 | 50 |
| 9/16/2014 | email exchange with defense counsel re: verifications | 0.2 | 50 |
| 9/16/2014 | Drafted notices of deposition for Air California and City of San Diego with doc demands | 0.7 | 175 |
| 9/17/2014 | Email exchange with Mary Ellen re: verifications | 0.1 | 25 |
| 10/23/2014 | Email exchange with defense counsel re: expert deadlines and discovery | 0.2 | 50 |
| 10/24/2014 | Discussion with Paul Bishop regarding scope of expert testimony; drafted the expert witness disclosure | 0.5 | 125 |
| 10/28/2014 | Drafted the proposed stipulated protective order; Email to defense counsel re: expert deadline | 1.1 | 275 |
| 10/30/2014 | Email exchange with dense counsel re: stip and experts | 0.2 | 50 |
| 11/13/2014 | instructed staff to contact client re available dates for deposition and to contact defense counsel re available dates for defs' depositions | 0.2 | 50 |
| 11/23/2014 | email exchange with expert Paul Bishop re due date of report | 0.2 | 50 |
| 11/24/2014 | email exchange with expert Paul Bishop re due date of report | 0.2 | 50 |
| 12/2/2014 | email exchange with expert Paul Bishop re due date of report | 0.2 | 50 |
| 12/2/2014 | Reviewed the defense expert witness disclosure | 0.2 | 50 |
| 12/2/2014 | Email exchanges with defense counsel re: expert deadline, discovery cut off, etc. | 0.2 | 50 |
| 12/2/2014 | Prepared the joint stip to modify scheduling order; my declaration; proposed order; emails re: same | 1.3 | 325 |
| 12/11/2014 | drafted response to OSC | 0.4 | 100 |
| 12/23/2014 | instructed staff to serve expert's report on defense counsel | 0.1 | 25 |
| 1/19/2015 | Email exchanges with defense counsel re: defense expert report not received | 0.1 | 25 |
| 2/20/2015 | Drafted the Objection to designation of defense expert | 0.2 | 50 |
| 2/20/2015 | Email to defense counsel re: protective order; prepared new docs | 0.4 | 100 |
| 2/23/2015 | Reviewed email from defense counsel; notes to file | 0.1 | 25 |
| 2/27/2015 | Email exchange with defense counsel re: moving dates | 0.1 | 25 |

9845 Erma Road, Suite 300
San Diego, CA 92131

Phone: 858-375-7385
Fax: 888-422-5191



# Center for Disability Access

## Billing Statement

| Date | Description | Hours | Amount |
|---|---|---|---|
| 7/29/2015 | Drafted amended notices of deposition for Air California and City of San Diego with doc demands | 0.4 | 100 |
| 8/4/2015 | email to defense counsel re deposition notice | 0.1 | 25 |
| 9/1/2015 | instructed assistant to email case documents to clients in preparation for deposition | 0.2 | 50 |
| 9/2/2015 | prepared for, appeared for, and defended depositions of both clients; notes to file | 12 | 3000 |
| 9/4/2015 | email exchange with defense counsel re re-scheduling def.'s deposition | 0.2 | 50 |
| 9/8/2015 | email exchange with defense counsel re deposition date of def.; email to defense counsel with proposed dates | 0.3 | 75 |
| 9/9/2015 | email exchange with defense counsel re def.'s deposition | 0.3 | 75 |
| 9/10/2015 | drafted amended notices of deposition for both defs.; instructed staff to serve | 0.2 | 50 |
| 9/17/2015 | reviewed and responded to email from court reporter re transcripts of deposition of clients | 0.2 | 50 |
| 9/18/2015 | reviewed def.'s objections to deposition notice | 0.2 | 50 |
| 9/20/2015 | preparation for deposition of pmk of Def.. Air California | 2 | 500 |
| 9/21/2015 | conducted deposition of pmk of Def.. Air California; updated case notes | 2.5 | 625 |
| 9/25/2015 | drafted RFPD set two on def. Air California | 0.4 | 100 |
| 9/30/2015 | reviewed email from defense counsel requesting word version of discovery; instructions to staff | 0.2 | 50 |
| 10/1/2015 | drafted second amended notice of deposition to def. City of SD | 0.3 | 75 |
| 10/16/2015 | reviewed def.'s objections to second amended notice of deposition; updated case notes | 0.3 | 75 |
| 10/20/2015 | email exchange with defense counsel re def.'s objections to second amended notice of deposition | 0.3 | 75 |
| 10/20/2015 | instructed assistant to follow up with defense counsel re available dates for pmk of def. city of San Diego | 0.2 | 50 |
| 10/27/2015 | Conducted deposition of pmk of Def.. Air California; updated case notes | 0.3 | 75 |
| 10/30/2015 | drafted third amended notice of deposition of Def. City of SD | 0.3 | 75 |
| 1030/2015 | reviewed def. Air California's responses to RFPD set 2; updated case notes | 0.3 | 75 |
| 11/6/2015 | drafted letter to defense counsel re deposition of def.. City of San Diego | 0.3 | 75 |
| 11/10/2015 | email to defense counsel following up re deposition | 0.2 | 50 |
| 11/20/2015 | drafted amended expert witness disclosures and instructed staff to serve | 0.2 | 50 |
| 12/19/2015 | drafted joint stipulation re motion to compel and proposed order thereto | 2 | 500 |
| 12/28/2015 | revised and updated joint stipulation re motion to compel, prepared exhibits and instructed staff to file | 0.5 | 125 |
| 12/30/2015 | reviewed order denying motion to compel | 0.1 | 25 |
| 1/19/2016 | reviewed def.'s expert report; updated case notes | 1 | 250 |

| **Totals** | | **32.8** | **8200** |



# Center for Disability Access

## Billing Statement

## Schutza/ Karczewski v. City of SD

| | | |
|---|---|---|
| **Attorney:** | Amanda Lockhart | |

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 9/23/2014 | 10/10/2014 |
| **Billing Rate/Hr:** | $  250.00 | |

| Date | Project or Task | Hours Worked | Billing Amount |
|---|---|---|---|
| 9/23/2014 | email to defense counsel re: extension to respond to discovery | 0.1 | 25 |
| 9/24/2014 | email exchange with defense counsel re extension | 0.2 | 50 |
| 9/30/2014 | Drafted the plaintiff's initial disclosures for both clients | 1.1 | 275 |
| 10/1/2014 | Reviewed the clients' proposed responses and information provided for the discovery; drafted the formal, proposed responses and emailed to clients | 2.5 | 625 |
| 10/2/2014 | Email exchanges with the clients; finalized the discovery responses | 0.4 | 100 |
| 10/10/2014 | email exchange with defense counsel re: discovery | 0.1 | 25 |
| **Totals** | | **4.4** | **1100** |

9845 Erma Road, Suite 300
San Diego, CA 92131

Phone: 858-375-7385
Fax: 888-422-5191



# Center for Disability Access
## Billing Statement

## Schutza/ Karczewski v. City of SD

| | |
|---|---|
| **Attorney:** | Tamara Zaki |

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 3/11/2014 | 4/4/2014 |
| **Billing Rate/Hr:** | $ 250.00 | |

| Date | Project or Task | Hours Worked | Billing Amount |
|---|---|---|---|
| 3/11/2014 | Email exchanges with defense counsel re Site Meeting | 0.2 | 50 |
| 3/12/2014 | Email to defense counsel re Site Visit | 0.1 | 25 |
| 3/17/2014 | Email exchange with defense counsel re the time for inspection meeting | 0.1 | 25 |
| 4/4/2014 | Prepared for, appeared for telephonic ENE; notes to file following; discussion with client | 1.5 | 375 |
| **Totals** | | **1.9** | **475** |

9845 Erma Road, Suite 300
San Diego, CA 92131

Phone: 858-375-7385
Fax: 888-422-5191

# Invoice

**Paul L. Bishop, Architect**
**P.O. Box 1085**
**Solana Beach CA 92075**

| Date | Invoice # |
|------|-----------|
| 12/22/14 | 1 |

**Bill To:**

Mr. Mark Potter
Potter Handy, LLP
PO Box 262490
San Diego CA 92196-2490

| Project: | Schutza / Karczewski v. City of San Diego |
|----------|---------------------------------------------|
| | Torrey Pines Gliderport, San Diego CA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Professional Services through 22 December 2014 | | | |
| Site Inspection & Report | 4.3 | $ 195.00 | $ 838.50 |
| | | **Total** | $ 838.50 |

# Invoice

**Paul L. Bishop, Architect**
**P.O. Box 1085**
**Solana Beach CA 92075**

| Date | Invoice # |
|------|-----------|
| 06/10/15 | 2 |

| Bill To: |
|----------|
| Mr. Mark Potter |
| Potter Handy, LLP |
| PO Box 262490 |
| San Diego CA 92196-2490 |

| Project: | Schutza / Karczewski v. City of San Diego |
|----------|-------------------------------------------|
|          | Torrey Pines Gliderport, San Diego CA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Professional Services through 9 June 2015<br>Joint Site Inspection | 2.9 | $ 195.00 | $ 565.50 |
| **Total** | | | **$ 565.50** |

# Invoice

**Paul L. Bishop, Architect**
**P.O. Box 1085**
**Solana Beach CA 92075**

| Date | Invoice # |
|------|-----------|
| 01/28/16 | 3 |

**Bill To:**

Mr. Mark Potter
Potter Handy, LLP
PO Box 262490
San Diego CA 92196-2490

| Project: | Schutza / Karczewski v. City of San Diego |
|----------|-------------------------------------------|
| | Torrey Pines Gliderport, San Diego CA |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Professional Services through 28 January 2016 | | | |
| Review draft declaration, edit & sign | 2.2 | $ 195.00 | $ 429.00 |
| | | | |
| | **Total** | | $ 429.00 |

# INVOICE

**HAHN & BOWERSOCK**
CORPORATION
151 Kalmus Dr. Suite L1
Costa Mesa, CA 92626
(800) 660-3187 FAX (714) 662-1398
E-mail: clientservice@hahnbowersock.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 488751 | 1/8/2016 | 455751 |

| Job Date | Case No. | |
|---|---|---|
| 1/6/2016 | | |

| Case Name | | |
|---|---|---|
| Schutza vs. San Diego | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Christina Sosa, Esq.
Potter Handy, LLP
9845 Erma Road
Suite 300
San Diego, CA  92131

BILLED @ 100% EXPEDITED RATES / ORIG & 1CC WITH KEYWORD:

    Gabriel Jebb                                        929.70

ORIGINAL AND 1 CERTIFIED TRANSCRIPT WITH KEYWORD OF:

    Meet & Confer                                       100.00

            **TOTAL DUE  >>>**             **$1,029.70**

FIRM

Thank You. We appreciate your business.

**Tax ID:** 33-0269800                                 Phone: 858-375-7385    Fax:888-422-5191

*Please detach bottom portion and return with payment.*

Christina Sosa, Esq.
Potter Handy, LLP
9845 Erma Road
Suite 300
San Diego, CA  92131

| | | | | |
|---|---|---|---|---|
| Job No. | : | 455751 | BU ID | : SD-DEPO |
| Case No. | : | | | |
| Case Name | : | Schutza vs. San Diego | | |
| | | | | |
| Invoice No. | : | 488751 | Invoice Date | : 1/8/2016 |
| **Total Due** | : | **$1,029.70** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:           Phone#:

Billing Address:

Zip:        Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Hahn & Bowersock, Inc.**
                  **151 Kalmus Dr.**
                  **Suite L-1**
                  **Costa Mesa, CA  92626**

# INVOICE



**HAHN & BOWERSOCK**
CORPORATION
151 Kalmus Dr. Suite L1
Costa Mesa, CA 92626
(800) 660-3187 FAX (714) 662-1398
E-mail: clientservice@hahnbowersock.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 484436 | 10/9/2015 | 450136 |

| Job Date | Case No. |
|---|---|
| 9/21/2015 | |

| Case Name |
|---|
| Schutza vs. City of San Diego |

| Payment Terms |
|---|
| Due upon receipt |

Isabel Masanque, Esq.
Potter Handy, LLP
9845 Erma Road
Suite 300
San Diego, CA  92131

ORIGINAL AND 1 CERTIFIED TRANSCRIPT WITH KEYWORD OF:

Robin Marien                                                                          495.05

**TOTAL DUE  >>>**                                     **$495.05**

Thank You. We appreciate your business.

**Tax ID:** 33-0269800                                          Phone: 858-375-7385    Fax:888-422-5191

*Please detach bottom portion and return with payment.*

Isabel Masanque, Esq.
Potter Handy, LLP
9845 Erma Road
Suite 300
San Diego, CA  92131

| | | | | |
|---|---|---|---|---|
| Job No. | : | 450136 | BU ID | : SD-DEPO |
| Case No. | : | | | |
| Case Name | : | Schutza vs. City of San Diego | | |
| Invoice No. | : | 484436 | Invoice Date | : 10/9/2015 |
| **Total Due** | : | **$495.05** | | |

**PAYMENT WITH CREDIT CARD**                    AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Hahn & Bowersock, Inc.**
            **151 Kalmus Dr.**
            **Suite L-1**
            **Costa Mesa, CA  92626**

# INVOICE

**HAHN & BOWERSOCK**
CORPORATION
151 Kalmus Dr. Suite L1
Costa Mesa, CA 92626
(800) 660-3187 FAX (714) 662-1398
E-mail: clientservice@hahnbowersock.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 486807 | 11/23/2015 | 453186 |
| **Job Date** | **Case No.** | |
| 11/12/2015 | | |
| **Case Name** | | |
| Schutza/Karszewski vs. City of San Diego | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christina Sosa, Esq.
Potter Handy, LLP
9845 Erma Road
Suite 300
San Diego, CA  92131

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Patti Phillips                                                                                         558.25

**TOTAL DUE  >>>**                                        **$558.25**

Thank You. We appreciate your business.

**Tax ID:** 33-0269800                                   Phone: 858-375-7385    Fax:888-422-5191

*Please detach bottom portion and return with payment.*

Christina Sosa, Esq.
Potter Handy, LLP
9845 Erma Road
Suite 300
San Diego, CA  92131

| | | | | |
|---|---|---|---|---|
| Job No. | : 453186 | BU ID | : OC-DEPO | |
| Case No. | : | | | |
| Case Name | : Schutza/Karszewski vs. City of San Diego | | | |
| Invoice No. | : 486807 | Invoice Date | : 11/23/2015 | |
| **Total Due** | **: $558.25** | | | |

**Remit To:**   **Hahn & Bowersock, Inc.**
            **151 Kalmus Dr.**
            **Suite L-1**
            **Costa Mesa, CA  92626**

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email: