

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Scott Schutza; John Karczewski

Civil Action No.  13-cv-2992-CAB-KSC

**Plaintiff,**

V.

San Diego, City of; Air California Adventure, Inc.; a California Corporation doing business as Torrey Pines Gliderport; DOES 1-10, inclusive

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds the requested fees are reasonable, and grants Plaintiffs' motion for attorneys' fees in the amount of $83,1203 and $6,478 in costs. The Court also awards $12,000 in statutory damages to each of the Plaintiffs for the three violations of the Unruh Act. It is So Ordered.

Date:        7/25/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Gutierrez

J. Gutierrez, Deputy