

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Scott Schutza; John Karczewski

                            **Plaintiff,**

                  V.

San Diego, City of; Air California Adventure, Inc.; a California Corporation doing business as Torrey Pines Gliderport; DOES 1-10, inclusive

                            **Defendant.**

**Civil Action No.** 13-cv-2992-CAB-KSC

## AMENDED JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds the requested fees are reasonable, and grants Plaintiffs' motion for attorneys' fees in the amount of $83,120 and $6,478 in costs. The Court also awards $12,000 in statutory damages to each of the Plaintiffs for the three violations of the Unruh Act. It is So Ordered.

Date: 08/04/2017

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
                            J. Gutierrez, Deputy